Patricia Sloane
389 Half Moon Ln # Unit 10
Daly City, Ca. 94015
    Debtor

United States Bankruptcy Court
Northern District of California

In re:

| | |
|---|---|
| David Burchard | Chapter 13 |
| Chapter 13 Trustee | Case No: 11-3-1717 SFM13 |
| P.O. Box 8059 | Date: October 19, 2011 |
| Foster City, Ca 94404 | Time: 1:35 PM |
| (650) 345-7801 | Ctrm: 235 Pine St, 22ND Floor |
| | San Francisco, Ca. 94104 |

OBJECTION TO THE MOTION OF CHAPTER 13, TRUSTEE DAVID BURCHARD PRIOR TO CONFIRMATION

The Motion is based upon all documents and records on file, together with this Motion, Declaration and any such additional documents, records, and evidence which can be presented.

DATED: September 12, 2011      *Patricia Sloan*
                                           Patricia Sloane, Debtor

Patricia Sloane
389 Half Moon Ln #Unit 10
Daly City, Ca. 94015
    Debtor

United States Bankruptcy Court
Northern District of California

| | |
|---|---|
| In re: | Chapter 13 |
| David Burchard | Case No 113-1717 SFMB |
| Chapter 13 Trustee | Date: October |
| P.O. Box 8059 | Time: 1:35 PM |
| Foster City Ca. 94404 | Ctrm: 235 Pine St. 22nd FL |
| (650) 345 7801 | San Francisco Ca. 94104 |

ANSWER TO THE OBJECT OF CONFIRMATION OF CHAPTER 13 DEBTOR PATRICIA SLOANE FILED BY

It is in best interest of the bankruptcy estate not to dismiss the case as Patricia Sloane is working with BAC for a modifacation. The estate value is less than the apprasial.

Case: 11-31717　Doc# 21　Filed: 09/12/11　Entered: 09/12/11 11:07:53　Page 2 of 2